**FILED**

JAN 07 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

For the Northern District of Oklahoma

Hailey Davis

    - Plaintiff

v.

Judy Kim

    - Defendant

26 CV - 013 SEH - [SH]

Index No.

Complaint

1. Upon information and belief, Defendant had ex parte communication with individual in 101014/2022,

2. Defendant conspired with individual in violation of due process,

3. This Court has jurisdiction under the federal law.

4. Plaintiff demands a trial of jury and with compensation of $1,000,000.

## VERIFICATION

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 1/1/26

*IFP pending*
*Ø summons*

Hailey Davis
5811 Century Blvd,
Los Angeles, CA 90042

US District Court Clerk's Office
333 W. 4th Street, Room 411
Tulsa, OK 74103

MAILED-ISLAND NY 117
12 JAN 2026 PM 2 L

Postmark 1/2/2026

26 CV - 013 SEH - SH
RECEIVED

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

JAN 07 2026

74103-388199