

FILED

JAN 07 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Hailey Davis | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 26 CV - 0 1 3 SEH - [SH] |
| Judy Kim | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

cannot dislcose

My gross pay or wages are: $ _____1,000.00_____ , and my take-home pay or wages are: $ _____1,000.00_____ per
*(specify pay period)* _____month_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

X Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ___C/Ret'd    ___No Env
___No Cpy's    X No Env/Cpy's    ___O/J    ___O/MJ

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ 80.00 __ .

    5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NA

    6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Food: $700
Utilities: $300

    7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NA

    8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NA

    *Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____01/01/2026_____       _____
                                                                               *Applicant's signature*

                                                                                Hailey Davis
                                                                                *Printed name*

Hailey Davis
5811 Century Blvd,
Los Angeles, CA 90042

MID-ISLAND NY 117
2 JAN 2026 PM 2 L

Postmark 1/2/2026

US District Court Clerk's Office
333 W. 4th Street, Room 411
Tulsa, OK 74103

26 CV - 013 SEH - SH
RECEIVED
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT
JAN 07 2026

74103-300199

